NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Faith Brown, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Robert L. Wilkie, Secretary of Veterans Affairs,<br><br>    Defendant. | Case No: 2: 19-cv-00976-GMN-NJK<br><br>**Motion for Extension of Time (First Request)** |

Federal Defendant respectfully moves for a 30-day extension of time, from August 12, 2019 to September 12, 2019, to file a response to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of time.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. In this case, the Federal Defendant requests additional time to file a response to the Complaint for the reasons set forth below.

Defense counsel has had to devote time to a number of other matters during the past several weeks including summary judgment and other briefs in *Randolph v. McMahon*, No: 2:18-cv-00238-APG-NJK, *Shull v. U.S. Dep't Ed.*, No. 2:18-cv-01781-APG-BNW, and

*Langford v. Social Security Administration*, No. 3:19-c-v-00324-MMD-WCG. A summary judgment brief is due today in *Randolph*. Additionally, undersigned defense counsel has not yet received file materials from the client agency relative to this matter. Such file materials would be helpful, if not necessary, in responding to the allegations in the Complaint.

For the above reasons, Federal Defendant respectfully requests this extension of time, from August 12, 2019 to September 12, 2019, to file a response to Plaintiff's Complaint. This motion is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 12nd day of August 2019.

NICHOLAS A. TRUTANICH
United States Attorney

 *s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.
Dated: August 13, 2019

.
.
_____
Nancy J. Koppe
United States Magistrate Judge