NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Faith Brown, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>Robert L. Wilkie, Secretary of Veterans Affairs,<br><br>  Defendant. | Case No: 2:19-cv-00976-GMN-NJK<br><br>**Joint Status Report Regarding Settlement and Dismissal** |

The parties reached a tentative settlement at the second round of the ENE on January 2, 2020. *See* ECF No. 22.

By January 17, 2020, Defendant's counsel received the necessary approvals and sent a settlement agreement to Plaintiff's counsel. For payment of a settlement amount from the government's Judgment Fund, Defendant's counsel must submit to the Judgment Fund a signed settlement agreement, along with other forms and information including payment method (such as Electronic Funds Transfer information for the payee bank account).

The Court held a telephonic status conference on February 3, 2020, and directed the parties to file a stipulated dismissal with prejudice by April 3, 2020. *See* ECF No. 23.

On February 4, 2020, Defendant's counsel sent an email to Plaintiff's counsel to follow up on obtaining the signed settlement agreement.

Plaintiff's counsel had some trouble obtaining the signed settlement agreement from Plaintiff.

On March 23, 2020, Plaintiff's counsel provided Defendant's counsel with the settlement agreement signed by the Plaintiff. Later that week, Defendant's counsel submitted the signed settlement agreement and other necessary forms (with payee bank information) to the Judgment Fund. Defendant's counsel sent a message to the Judgment Fund inquiring about estimated processing time, given current work-load and any impacts from the Coronavirus health crisis. As of the present filing, Defendant's counsel had not yet received a reply from the Judgment Fund.

Upon the Judgment Fund's payment of the settlement amount to Plaintiff's counsel's client-trust account, the parties will sign and file a stipulation for dismissal with prejudice.

Accordingly, the parties request that the Court order in the next 45 days the filing of a stipulation for dismissal with prejudice or, if one cannot be filed, a new status report concerning the matter.

Dated this 3rd day of April 2020.

| GUINNESS LAW FIRM | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Guinness Ohazuruike*<br>GUINNESS OHAZURUIKE<br>6845 W. Charleston Boulevard, #A<br>Las Vegas, Nevada 89117 | */s/ Patrick Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/6/2020