NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick Rose@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Faith Brown, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Robert L. Wilkie, Secretary of Veterans Affairs,<br><br>　　Defendant. | Case No: 2:19-cv-00976-GMN-NJK<br><br>**Stipulation and Order of Dismissal with Prejudice** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Faith Brown and Federal Defendant Robert L. Wilkie, Secretary of Veterans Affairs, that the

above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 11th day of May 2020.

| GUINNESS LAW FIRM | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *Guinness Ohazuruike*<br>GUINNESS OHAZURUIKE<br>6845 W. Charleston Boulevard, #A<br>Las Vegas, Nevada 89117 | /s/ *Patrick Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED.**

Dated this  11   day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT